

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BEAU PARRY, Individually and as Next Friend to his Minor Daughters, | § | No. 08-21-00094-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 120th Judicial District Court |
| | § | |
| JASON A. SHAFFER, VANEZA R. SHAFFER, and TEAM TUTTLE, INC. d/b/a LEGACY REAL ESTATE SERVICES, | § | of El Paso County, Texas |
| | § | (TC#2019DCV1811) |
| | § | |
| Appellees. | § | |

### J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and its sureties, if any, all costs of appeal. *See* TEX.R.APP.P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF NOVEMBER, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.